**No. 10-1118. Elvis David Lewis, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 975, 131 S. Ct. 2883, 179 L. Ed. 2d 1189, 2011 U.S. LEXIS 3444.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 388 Fed. Appx. 248.